UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES O. MOORE,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

Case No. 1:16-cv-1248

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

JUDGMENT is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Date:  January 4, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District